# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Ronald McClary, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00130-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Annette Downey, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2020 Order.

December 28, 2020

Frank G. Johns, Clerk
United States District Court